UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| KATHERINE HICKS, | ) |
| Plaintiff, | ) Civil No. 0:13-CV-91-HRW |
| v. | ) |
| M. SEPANEK, WARDEN | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that the complaint filed under 28 U.S.C. § 1331 pursuant to the doctrine announced in *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) by Katherine Hicks against Warden M. Sepanek [D. E. No. 1] is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of the defendant.

Entered: March 17, 2014.

Signed By:
Henry R. Wilhoit, Jr.
United States District Judge